Loanzon Law Firm
Tristan C. Loanzon
386 Park Avenue South, Suite 1914
New York, New York 10016
(212) 760-1515
*Attorney for Plaintiff Grow Up Japan, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROW UP JAPAN, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KO YOSHIDA and KO COMPUTER, INC., <br><br> Defendants. | 2007 Civ. _____ <br><br> RULE 7.1 STATEMENT |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Grow Up Japan, Inc. certifies that Plaintiff does not have any corporate parent, subsidiary, or affiliate that is publicly held.

Dated:   New York, New York
         May 21, 2007

                                        LOANZON LAW FIRM

                                        By: /s/ Tristan C. Loanzon
                                        Tristan C. Loanzon
                                        386 Park Avenue S., Suite 1914
                                        New York, New York 10016
                                        (212) 760-1515
                                        *Attorneys for Grow Up Japan, Inc.*