AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

GROW UP JAPAN, INC.,

**SUMMONS IN A CIVIL CASE**

V.

KO YOSHIDA and KO COMPUTER, INC.

CASE NUMBER: 07 CV 3944

JUDGE LYNCH

TO: (Name and address of defendant)

KO COMPUTER, INC.
431 FIFTH AVENUE, 2ND FLOOR
NEW YORK, NEW YORK 10016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tristan C. Loanzon
Loanzon Law Firm
386 Park Avenue South, Suite 1914
New York, New York 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                     MAY 2 1 2007

CLERK                                                                                    DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>May 21, 2007 |
| NAME OF SERVER *(PRINT)*<br>Olivia L. Tomas | TITLE |

*Check one box below to indicate appropriate method of service*

☑  Served personally upon the defendant.  Place where served: _____
    431 Fifth Avenue, 2nd Floor, New York, NY 10016, by serving the President of the Corporation, Ko Yoshida.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other *(specify):* _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 21, 2007                    OLIVIA L. TOMAS
                    Date                             Signature of Server

                                             386 Park Ave. South, Suite 1914, NY, NY 10016
                                                       Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.