UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================ X
GROW UP JAPAN, INC.,                                  Civil Action No.:
                                                      07 CIV 3944
                Plaintiff,

                                       **RULE 7.1**
      -against-                          **STATEMENT**

KO YOSHIDA and KO COMPUTER, INC.

                Defendants.

================================================ X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant KO COMPUTER, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                NONE

Dated: June 11, 2007
      New York, New York

                                        Philip Katz, Esq. (PK 2934)
                                        Attorney for Defendant
                                        Ko Computer, Inc.