Loanzon Law Firm
Tristan C. Loanzon
386 Park Avenue South, Suite 1914
New York, New York 10016
(212) 760-1515
*Attorney for Plaintiff Grow Up Japan, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GROW UP JAPAN, INC.,** | 2007 Civ. 3944 (GEL) (JCF) |
| Plaintiff, | |
| -against- | **REPLY** |
| **KO YOSHIDA and KO COMPUTER, INC.,** | |
| Defendants. | |

Plaintiff Grow Up Japan, Inc., by its attorney Loanzon Law Firm, for its reply to Defendants Ko Yoshida and Ko Computer, Inc.'s Counterclaim, alleges as follows:

1.  Grow Up Japan denies the allegations contained in paragraph 160 of Defendants' Counterclaims.

2.  Grow Up Japan denies the allegations contained in paragraph 161 of Defendants' Counterclaims.

3.  Grow Up Japan denies the allegations contained in paragraph 162 of Defendants' Counterclaims.

4.  Grow Up Japan denies the allegations contained in paragraph 163 of Defendants' Counterclaims.

5.  Grow Up Japan denies the allegations contained in paragraph 164 of Defendants' Counterclaims.

6. Grow Up Japan denies the allegations contained in paragraph 165 of Defendants' Counterclaims.

7. Grow Up Japan denies the allegations contained in paragraph 166 of Defendants' Counterclaims.

8. Grow Up Japan denies the allegations contained in paragraph 167 of Defendants' Counterclaims.

9. Grow Up Japan denies the allegations contained in paragraph 168 of Defendants' Counterclaims.

10. Grow Up Japan denies the allegations contained in paragraph 169 of Defendants' Counterclaims.

11. Grow Up Japan denies the allegations contained in paragraph 170 of Defendants' Counterclaims.

12. Grow Up Japan denies the allegations contained in paragraph 171 of Defendants' Counterclaims.

## **FIRST AFFIRMATIVE DEFENSE**

Defendants' Counterclaims fail to state a cause of action.

## **SECOND AFFIRMATIVE DEFENSE**

Defendants' Counterclaims are barred by the doctrines of unclean hands.

WHEREFORE, Plaintiff Grow Up Japan, Inc. request the Court to enter judgment in this action dismissing Defendants' Counterclaims, granting fees, costs, and disbursements incurred by Plaintiff in defending the counterclaims, and for such other relief the Court deems proper.

Dated:    New York, New York
          July 2, 2007

                                    LOANZON LAW FIRM


                                    By:_____
                                    Tristan C. Loanzon
                                    386 Park Avenue South, Suite 1914
                                    New York, New York 10016
                                    (212) 760-1515
                                    *Attorneys for Plaintiff*
                                       *Grow Up Japan, Inc.*


TO:   Fink & Katz, PLLC (via ECF)
      40 Exchange Place, Suite 2010
      New York, New York 10005
      (212) 385-1373
      *Attorneys for Ko Yoshida & Ko Computer, Inc.*