**FINK & KATZ, PLLC**
ATTORNEYS AT LAW
40 EXCHANGE PLACE, SUITE 2010
NEW YORK, NEW YORK 10005
TELEPHONE: (212) 685-1878
FACSIMILE: (212) 202-4086
INTERNET: www.finkkatz.com

JONATHAN A. FINK, ESQ.
PHILIP KATZ, ESQ.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07
```

November 8, 2007

*Via Fax*
Hon. Gerard E. Lynch
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 910
New York, NY 10007

    Re:  Grow Up Japan, Inc. v. Ko Yoshida & Ko Computer, Inc.
           Civil Action No. 07 CIV 3944
           JOINT APPLICATION BY PARTIES FOR ADJOURNMENT OF
           CONFERENCE & EXTENSION OF DISCOVERY PERIOD

Your Honor:

    I write to you today to jointly request with Plaintiff's counsel, Tristan Loanzon, seeking both an adjournment of the Pre-Trial Conference Scheduled for tomorrow, November 8, 2007, as well as an extension of the parties' time to complete discovery until January 4, 2008.

[handwritten annotation: → until January 11, 2008, at 4:30 p.m.  ok]

    This extension is being sought because despite the parties' best efforts, a combination problems in securing a Japanese interpreter for previously scheduled deposition dates combined with the difficulties involved in Plaintiff traveling to the U.S. to be deposed given his heavy workload have prevented Mr. Loanzon and I from conducting the necessary depositions that we will require to move forward to trial.

    In this regard, both Mr. Loanzon and I respectfully seek the Court's permission and guidance with respect to the above requested extension request and ask that the Court reschedule the Pre-Trial Conference for a date in early to mid-January 2008 on a date convenient for the Court.

    We thank the Court for its kind consideration.

Respectfully Submitted,
FINK & KATZ, PLLC

By: /s/ Philip Katz
    Philip Katz, Esq.

Reviewed and Approved by:
/s/ Tristan Loanzon
Tristan Loanzon, Esq.

**SO ORDERED**
/s/ Gerard E. Lynch
GERARD E. LYNCH, U.S.D.J.
11/8/07