UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

GROW UP JAPAN, INC.,

       Plaintiff/Counterclaim Defendant,

-against-

KO YOSHIDA and KO COMPUTER, INC.,

       Defendants/Counterclaim Plaintiffs.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

07 Civ. 3944 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having appeared for a status conference on January 11, 2008, it is hereby ORDERED that:

1. All discovery shall be completed by February 15, 2008.

2. Plaintiff's motion for summary judgment, if any, shall be filed by March 17, 2008. Defendants' response shall be filed by April 18, 2008. Plaintiff's reply, if any, shall be filed by May 2, 2008.

3. This matter is referred to Magistrate Judge James C. Francis for settlement purposes.

SO ORDERED:

Dated: New York, New York
       January 14, 2008

                                                        _____
                                                          GERARD E. LYNCH
                                                      United States District Judge