UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GROW UP JAPAN, INC.,

    Plaintiff/Counterclaim Defendant,

    v.

KO YOSHIDA and KO COMPUTER, INC.,

    Defendants/Counterclaim Plaintiffs.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 3944 (GEL) (JCF)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               January 14, 2008

                                                GERARD E. LYNCH
                                                United States District Judge