UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GROW UP JAPAN, INC.,

                Plaintiff,

    -against-

KO YOSHIDA and KO COMPUTER, INC.,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

07 Civ. 3944 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    The parties having participated in a telephone conference with the Court on July 2, 2008, it is hereby ORDERED that:

1.   Plaintiff is directed not to use any information obtained in discovery in this action for any purpose other than prosecuting this litigation.

2.   Defendants' objections are sustained as to Interrogatory Nos. 4 & 5, and overruled as to Interrogatory Nos. 1 & 2.

3.   Plaintiff's request to inspect defendant Ko Yoshida's personal computer is denied, provided that defendant Yoshida shall provide a sworn affidavit stating that he has produced all documents responsive to plaintiff's discovery demands, including any responsive emails stored on computers in his custody.

4.   Defendant Yoshida shall produce a list of their Japan-based vendors (a) that were selling products to plaintiff, and (b) that he contacted to purchase products for Ko Computer, Inc. This list shall be viewed only by plaintiff's counsel and shall not be disclosed to plaintiff.

5.   All discovery shall be completed by July 31, 2008. The parties shall submit a proposed joint pre-trial order on or before November 15, 2008. Trial, if necessary, shall begin on January 12, 2009, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
        July 3, 2008

                                                  _____
                                                  GERARD E. LYNCH
                                                  United States District Judge