UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GROW UP JAPAN, INC.,** <br><br> **Plaintiff,** <br><br> -against- <br><br> **KO YOSHIDA and KO COMPUTER, INC.,** <br><br> **Defendants.** | 2007 Civ. 3944 (GEL) (JCF) <br><br><br> NOTICE OF MOTION |

     Please take notice that upon the annexed Affirmation of Tristan C. Loanzon, dated September 12, 2008, together with the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion to Amend the Complaint, Plaintiff Grow Up Japan, Inc. will move this Court before the Honorable Gerard E. Lynch, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 15(a)(2) granting Grow Up Japan, Inc. leave to amend the Complaint to allege punitive damages in connection with the Claims One (1), Two (2), Four (4), and Six (6).

Dated: New York, New York
       September 12, 2008

                                         LOANZON LAW FIRM PC

                                         /S_____
                                           Tristan C. Loanzon
                                      386 Park Avenue South, Suite 1914
                                      New York, New York 10016
                                      (212) 760-1515
                                      *Attorney for Grow Up Japan, Inc.*